IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DAWN RENEE WRIGHT and MAURICE PENDLETON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROANOKE, VIRGINIA,<br><br>Defendant. | Civil Action No. 7:18-cv-210 |

**JOINT MOTION FOR**
**APPROVAL OF SETTLEMENT**

Plaintiffs, Dawn Renee Wright and Maurice Pendleton, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendant, City of Roanoke, Virginia, by their respective counsel, respectfully move this Court to enter a Consent Order approving the parties' settlement agreement and directing the parties to act in conformity with that agreement. The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Dated: June 24, 2019

                                          Respectfully submitted,

                                          Dawn Renee Wright and Maurice Pendleton,
                                          Individually, and all others similarly situated,

                                          By:_____/s/_____
                                          Harris D. Butler, III (VSB No. 26483)
                                          Zev H. Antell (VSB No. 74634)
                                          Paul M. Falabella (VSB No. 81199)
                                          ButlerRoyals, PLC
                                          140 Virginia Street, Suite 302
                                          Richmond, Virginia 23219
                                          Tel:    (804) 648-4848
                                          Fax:   (804) 237-0413

        harris.butler@butlerroyals.com
        zev.antell@butlerroyals.com
        paul.falabella@butlerroyals.com

        Thomas E. Strelka
        L. Leigh R. Strelka
        STRELKA LAW OFFICE, PC
        Warehouse Row
        119 Norfolk Avenue, S.W., Suite 330
        Roanoke, VA 24011
        thomas@strelkalaw.com
        leigh@strelkalaw.com

        *Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Paul G. Klockenbrink
>Catherine J. Huff
>Gentry Locke
>10 Franklin Road S.E., Suite 900
>P.O. Box 40013
>Roanoke, Virginia 24022-0013
>Tel: 540-983-9300
>klockenbrink@gentrylocke.com
>huff@gentrylocke.com


>Timothy R. Spencer
>Assistant City Attorney
>City of Roanoke
>215 Church Avenue SW, Room 464
>Roanoke, VA 24011
>timothy.spencer@roanokeva.gov

*Counsel for Defendant*


>By: /s/ *Zev Antell*
>Zev H. Antell (VSB No. 74634)
>Butler Royals, PLC
>140 Virginia Street, Suite 302
>Richmond, Virginia 23219
>Tel: (804) 648-4848
>Fax: (804) 237-0413
>Email: zev.antell@butlerroyals.com