CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 8 2019

JULIA C. DUDLEY, CLERK
BY: *[signature]*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

DAWN RENEE WRIGHT and MAURICE
PENDLETON on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

CITY OF ROANOKE, VIRGINIA,

Defendant.

Civil Action No. 7:18-cv-210

## CONSENT ORDER GRANTING JOINT MOTION
## TO APPROVE SETTLEMENT

For the reasons set forth on the record on June 25, 2019, it is hereby ORDERED that the

Joint Motion to Approve Settlement is GRANTED.

Applying the test from *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir. 1982),

the Court finds that there is an actual FLSA issue in dispute, that the terms of the settlement are fair and

reasonable, and that the attorneys' fees and costs provided in the agreement are reasonable.

It is therefore ORDERED that the Joint Motion is GRANTED and that the Settlement

Agreement is approved in whole. It is FURTHER ORDERED that the parties are to proceed to

effectuate the terms of settlement and for the Plaintiffs to file an appropriate Dismissal Order

within five (5) days of the Acceptance Deadline as that term is defined in the parties' settlement

agreement.

It is so ORDERED.

*[signature]*

Glen E. Conrad
Senior United States District Judge

Roanoke, Virginia
Date: June __, 2019