CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
7/31/2019
JULIA C. DUDLEY, CLERK
BY: s/ SUSAN MOODY
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAWN RENEE WRIGHT, <u>et al.</u>, | Civil Action No. 7:18CV00210 |
| Plaintiff, | |
| | **ORDER OF DISMISSAL** |
| v. | |
| CITY OF ROANOKE, VIRGINIA, | |
| | By: Hon. Glen E. Conrad |
| Defendant. | Senior United States District Judge |

The court has before it the parties' stipulated dismissal filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. It is accordingly

**ORDERED**

that this action shall be, and it hereby is, dismissed with prejudice consistent with the Settlement Agreement previously approved by this court, and this case shall be stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 31st day of July, 2019.

                                                         */s/  Glen E. Conrad*
                                                   Senior United States District Judge